# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

GIOVANNI MARTINEZ,

    Debtor.
_____/

Case No. 6:25-bk-01306-TPG

Chapter 11

## CHAPTER 11 CASE MANAGEMENT SUMMARY AND STATUS REPORT

GIOVANNI MARTINEZ (the "Debtor"), by and through its undersigned proposed counsel and pursuant to Local Rule 2081-1 and 11 U.S.C. § 1188(c), hereby files this Summary of the Case and Status Report:

1. On March 7, 2025 ("Petition Date"), the Debtor filed a voluntary petition (Doc. 1, "Petition") for relief under Chapter 11 of Title 11 of the United States Code (11 U.S.C. §§ 101, *et seq.*, the "Bankruptcy Code").

### DESCRIPTION OF THE DEBTOR'S BUSINESS

2. The Debtor is an individual that is engaged in business. The Debtor has a 49% interest in VALCAL LLC ("Valcal").

3. The Debtor's debts arose primarily from the operation of Valcal. Valcal formerly managed and operated two delivery routes for FedEx Ground and has since transitioned into an event rental business located in Lake Mary, Florida. Valcal filed Chapter 11 Subchapter V on May 2, 2023. Valcal's plan of reorganization was confirmed pursuant to 1191(b).

### LOCATION OF THE DEBTOR'S OPERATIONS AND WHETHER LEASED OR OWNED

4. Giovanni Martinez operates the business entity, Valcal, an event rental company, located at 600 Rinehart Rd Suite # 3090 Lake Mary, FL 32746.

**REASONS FOR FILING CHAPTER 11**

5. The Debtor's debts arose primarily from the operation of his business Valcal. The Debtor personally guaranteed certain debts of Valcal. Various creditors have commenced collection proceedings in state court against the Debtor, personally, which are distracting valuable resources from the Debtor's business. The Debtor commenced this Chapter 11 Case in order to implement a comprehensive restructuring, stabilize its operations for the benefit of secured creditors, unsecured creditors, and equity holders; and to propose a mechanism to efficiently address and resolve all claims. The Debtor intends to use the bankruptcy reorganization process and relief provided by the Bankruptcy Code to either assume or reject the Executory Contract, address claims that are secured by collateral, and restructure the Debtor's obligations to maximize the value of and benefit to the bankruptcy estate. The filing of this Chapter 11 Case is not the end result of any strategy or attempt to avoid any lawful responsibilities or obligations. Rather, the Debtor commenced this Chapter 11 Case after a comprehensive review of all realistic alternatives and the consideration and balancing of a variety of factors.

**LIST OF MANAGERS AND INSIDERS AND THEIR
SALARIES AND BENEFITS**

6. Not applicable (the Debtor is an individual).

**DEBTOR'S ANNUAL GROSS REVENUES**

7. In 2022, the Debtor has gross income in the amount of $49,650.00; in 2023, the Debtor has gross income in the amount of $73,072.00; in 2024 the Debtor had gross income in

the amount of $10,765.00. The Debtor is in the process of calculating his year to date gross income.

## AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

**A.  Obligations Owed to Priority Creditors**

8.  The Debtor does not believe he owes any local, state, or federal taxes.

**B.  Identity, Collateral, and Amounts Owed to Secured Creditors**

9.  The Debtor owes approximately $10,882.00 to Ally Financial which is secured by a security agreement on a certain 2016 Toyota Corolla VIN#: 5YFBURHE9GP398858.

10.  The Debtor owes approximately $14,047.21 to Freedom Road Financial which is secured by a security agreement on the 2022 Can-Am Outlander Max LTD VIN # 3JBLVAX44NJ000072.

11.  The Debtor owes approximately $121,810.26 to North Mill Credit Trust which is secured by a final judgment.

12.  The Debtor owes approximately $21,334.12 to Synchrony Bank for a certain 2022 Kawasaki Motors Hull ID: KAW60486F222 and 2021 Magic Tilt Trailer VIN#: 1M5BA1216M1E12605.

**C.  Amount of General Unsecured Claims**

13.  The Debtor has approximately $1,110,515.21 in unsecured claims; however, various claims may be disputed, contingent, or unliquidated.

## NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE

13.  Not applicable. The Debtor is an individual.

## STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

14.  The Debtor does not believe he owes local, state, and federal taxes.

## REPORT PURSUANT TO 11 U.S.C. § 1188(c)

15. As required by 11 U.S.C. § 1188(c), Debtor provides this report detailing the efforts that the Debtor has undertaken and will undertake to attain a consensual plan of reorganization: Debtor has either communicated or intends to communicate with the Debtor's creditors, and other interested parties and constituencies to attempt find a resolution to obtain a consensual plan.

## ANTICIPATED EMERGENCY/EXPEDITED RELIEF

16. The Debtor does not anticipate seeking any emergency or expedited relief at this time.

Respectfully submitted this 12th day of March, 2025,

                                                */s/ Jeffrey S. Ainsworth*
                                                JEFFREY S. AINSWORTH
                                                Florida Bar No. 60769
                                                COLE B. BRANSON
                                                Florida Bar No. 1049610
                                                **BransonLaw, PLLC**
                                                1501 E. Concord St.
                                                Orlando, FL  32803
                                                Phone:  407-894-6834
                                                Fax:  407-894-8559
                                                Primary E-mail:  jeff@bransonlaw.com
                                                                                         cole@bransonlaw.com
                                                Secondary :     tammy@bransonlaw.com
                                                                                         lisa@bransonlaw.com
                                                Attorneys for Debtor