# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

www.flmb.uscourts.gov

In re:

GIOVANNI MARTINEZ,

    Debtor.
_____/

Case No.: 6:25-bk-01306

Chapter 11

## DEBTOR'S VERIFIED STATEMENT PURSUANT TO 11 USC §1116(1)(B)

GIOVANNI MARTINEZ, (the "Debtor"), as debtor-in-possession, through its undersigned counsel hereby gives notice that the Debtor does not have a balance sheet, statement of operations, or cash-flow statement.

I have read the foregoing and it is true and correct to the best of my information, knowledge and belief under penalty of perjury.

_____
Giovanni Martinez


/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Proposed Attorney for Debtor

Doc ID: ded4eab4a731460e6daf10631b004c190542ebd8