| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Giovanni Martinez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:25-bk-01306-TPG |

☐ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **Gordon Crawford C/O**<br>**The Principal Real Estate Gr**<br>**113 Magnolia Avenue**<br>**#207**<br>**Sanford, FL 32771** | **Residential Real Estate Lease**<br>**Location: 820 De La Bosque, Longwood, FL 32779**<br>**Terms: month to month** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Giovanni Martinez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:25-bk-01306-TPG |

☑ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Giovanni Martinez**
**Giovanni Martinez**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **May 7, 2025**

Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

Doc ID: 98dc7c7dab02d52e42a7ca6c0f3ad8645f328a35

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>GIOVANNI MARTINEZ | CASE NO: 6:25-bk-01306-TPG<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Tiffany P. Geyer |

On 5/13/2025, I did cause a copy of the following documents, described below,

Amendment to Schedule G: Executory Contracts and Unexpired Leases

Amendment to Schedules I & J: Income and Expenses

Amendment to Statement of Financial Affairs for Individuals Filing for Bankruptcy

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/13/2025

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  060769

BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803
407 894 6834
amanda@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>GIOVANNI MARTINEZ | CASE NO: 6:25-bk-01306-TPG<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Tiffany P. Geyer |

On 5/13/2025, a copy of the following documents, described below,

Amendment to Schedule G: Executory Contracts and Unexpired Leases

Amendment to Schedules I & J: Income and Expenses

Amendment to Statement of Financial Affairs for Individuals Filing for Bankruptcy

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803

```
USPS FIRST CLASS MAILING ASSOCIATIONS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING          ADP INC                                   AIS PORTFOLIO SERVICES LLC
113A6                                     400 COVINA BLVD                           ATTN SYNCHRONY BANK DEPARTMENT
CASE 6-25-BK-01306-TPG                    SAN DIMAS CA 91773-2954                   4515 N SANTA FE AVE DEPT APS
MIDDLE DISTRICT OF FLORIDA                                                          OKLAHOMA CITY OK 73118-7901
ORLANDO
TUE MAY 13 14-28-39 EDT 2025


(P)ALLEGIANT PARTNERS INC                 ALLY FINANCIAL INC                        AMSHER COLLECTION SERVICES
123 SW COLUMBIA STREET                    ATTN BANKRUPTCY                           4524 SOUTHLAKE PARKWAY
BEND OR 97702-3609                        PO BOX 380901                             SUITE 15
                                          BLOOMINGTON IL 55438-0901                 BIRMINGHAM AL 35244-3271


AMERICAN EXPRESS                          AMERICAN EXPRESS                          AMERICAN EXPRESS NATIONAL BANK
BUSINESS PRIME                            BUSINESS PRIME                            CO BECKET AND LEE LLP
PO BOX 6031                               PO BOX 9224                               PO BOX 3001
CAROL STREAM IL 60197-6031                OLD BETHPAGE NY 11804-9224                MALVERN PA 19355-0701


CAPITAL BANK NA                           COMDATA                                   COMPLETE PAYMENT RECOVERY
2275 RESEARCH BLVD STE 600                RCPA                                      PO BOX 30184
ROCKVILLE MD 20850-6238                   5511 VIRGINIA WAY                         TAMPA FL 33630-3184
                                          400
                                          BRENTWOOD TN 37027-7613


CORPORATE TURNAROUND                      CREDIBLY OF ARIZONA LLC                   CREDIT COLLECTION SERVICES
95 N STATE ROUTE 17                       370 MADISON AVENUE                        ATTN BANKRUPTCY
SUITE 310                                 SUITE 1406                                725 CANTON ST
PARAMUS NJ 07652-2626                     NEW YORK NY 10017                         NORWOOD MA 02062-2679


CREDIT ONE BANK                           DISCOVER                                  (P)EASYPAY FINANCE
ATTN BANKRUPTCY DEPARTMENT                PO BOX 71242                              PO BOX 2549
6801 CIMARRON RD                          CHARLOTTE NC 28272-1242                   CARLSBAD CA 92018-2549
LAS VEGAS NV 89113-2273


FAIRWINDS CREDIT UNION                    FEDEX GROUND                              FINANCIAL PACIFIC LEASING
PO BOX 96099                              1000 FEDEX DRIVE MOON                     3455 S 344TH WAY
CHARLOTTE NC 28296-0099                   CORAOPOLIS PA 15108-9373                  SUITE 300
                                                                                    AUBURN WA 98001-9546


FLORIDA DEPARTMENT OF REVENUE             FREEDOM ROAD FINANCIAL                    FREEDOMROAD FINANCIAL
BANKRUPTCY UNIT                           ATTN BANKRUPTCY                           10509 PROFESSIONAL CIRCLE STE 100
POST OFFICE BOX 6668                      10509 PROFESSIONAL CIRCLE STE 100         RENO NV 89521-4883
TALLAHASSEE FL 32314-6668                 RENO NV 89521-4883                        PHILADELPHIA PA 19176-0379


GOLDMAN SACHS BANK USA                    INTERNAL REVENUE SERVICE                  JASON SHERMAN
ATTN BANKRUPTCY                           POST OFFICE BOX 7346                      777 S FLAGER DRIVE
PO BOX 70379                              PHILADELPHIA PA 19101-7346                800 W
                                                                                    PALM BEACH GARDENS FL 33418
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LINCOLN AUTOMOTIVE FIN<br>ATTN BANKRUPTCY<br>PO BOX 542000<br>OMAHA NE 68154-8000 | (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 |
| NORTH MILL CREDIT TRUST<br>CO ERIC B ZWIEBEL ESQUIRE<br>7900 PETERS ROAD<br>BUILDING B SUITE 100<br>FORT LAUDERDALE FL 33324-4045 | OAKMONT CAPITAL<br>1398 WILMINGTON PIKE<br>WEST CHESTER PA 19382-8218 | OPENSKY CARD SERVICES<br>PO BOX 9224<br>OLD BETHPAGE NY 11804-9224 |
| PAYPAL<br>PO BOX 71707<br>PHILADELPHIA PA 19176-1707 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PROTECTIVE INSURANCE<br>111 CONGRESSIONAL BLVD<br>SUITE 500<br>CARMEL IN 46032-5663 |
| REGIONS BANK<br>4094 W LAKE MARY BLVD<br>LAKE MARY FL 32746-3349 | RIVER CAPITAL FINANCE LLC<br>PO BOX 933539<br>CLEVELAND OH 44193-0050 | ROBERT B BRANSON<br>BRANSONLAW PLLC<br>1501 E CONCORD STREET<br>ORLANDO FL 32803-5411 |
| SEMINOLE COUNTY TAX COLLECTOR<br>POST OFFICE BOX 630<br>SANFORD FL 32772-0630 | SILICON LEDGER<br>1113 MURFREESBORO ROAD<br>SUITE 106 421<br>FRANKLIN TN 37064-1307 | SYNCHRONY BANK<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONYKAWASAKI<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | THE PEOPLECARE GROUP<br>1 W CHURCH STREET<br>200<br>ORLANDO FL 32801-3342 |
| US ANESTHESIA PARTNERS<br>PO BOX 8757<br>POMPANO BEACH FL 33075-8757 | USCB AMERICA<br>355 S GRAND AVENUE<br>SUITE 3200<br>LOS ANGELES CA 90071-1591 | VIVIAN CAPITAL<br>486 MARKET STREET<br>NEWARK NJ 07105-2916 |
| CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   ORL +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET SUITE 1100<br>ORLANDO FL 32801-2210 | CM/ECF E-SERVICE<br>MORGAN B EDELBOIM +<br>EDELBOIM LIEBERMAN PLLC<br>2875 NE 191ST STREET<br>STE PENTHOUSE ONE<br>MIAMI FL 33180-2841 | CM/ECF E-SERVICE<br>JEFFREY AINSWORTH +<br>BRANSONLAW PLLC<br>1501 E CONCORD STREET<br>ORLANDO FL 32803-5411 |
| CM/ECF E-SERVICE<br>AUDREY M ALESKOVSKY +<br>DOJUST<br>400 W WASHINGTON ST<br>STE 1100<br>ORLANDO FL 32801-2210 | CM/ECF E-SERVICE<br>L TODD BUDGEN +<br>BUDGEN LAW<br>POST OFFICE BOX 520546<br>LONGWOOD FL 32752-0546 | CM/ECF E-SERVICE<br>TIFFANY P GEYER +<br>ORLANDO<br>400 WEST WASHINGTON STREET<br>ROOM 6100<br>ORLANDO FL 32801-2207 |

```
USPS FIRST CLASS MAILING ADDRESSES:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CM/ECF E-SERVICE              CM/ECF E-SERVICE

COLE BRANSON +                OLIVIA ANGELICA WEBB +
BRANSON LAW                   EDELBOIM LIEBERMAN PLLC
1501 E CONCORD ST             2875 NE 191 ST
ORLANDO FL 32803-5411         PH 1
                              MIAMI FL 33180-2841
```

**GIOVANNI MARTINEZ**
**820 DE LA BOSQUE**
**LONGWOOD, FL 32779-3002**