**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                               Case No. 6:25-bk-01306-TPG
                                                                                            Chapter 11
GIOVANNI MARTINEZ,                                                   Subchapter V

       Debtor.
_____/

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at BransonLaw, PLLC, 1501 E. Concord Street, Orlando, FL 32803 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

**APPLICATION OF GIOVANNI MARTINEZ**
**TO EMPLOY COUNSEL FOR DEBTOR-IN-POSSESSION**

      Giovanni Martinez (the "Debtor," or "Applicant"), as debtor-in-possession, hereby seeks authorization to employ Jeffrey S. Ainsworth and BransonLaw, PLLC (including Jacob D. Flentke, Esq., Flentke Legal Consulting, PLLC, Of Counsel to BransonLaw, PLLC) (collectively, "BL") as its counsel in this case, respectfully representing as follows in support:

1

Case 6:25-bk-01306-TPG   Doc 43   Filed 07/01/25   Page 2 of 13

1. On March 7, 2025, Applicant filed a petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Debtor is operating as debtor-in-possession under §§ 1181 and 1184 of the Bankruptcy Code.

2. The Applicant desires to employ BL pursuant to § 327(a) of the Bankruptcy Code, to assist the Debtor in its bankruptcy case.

3. BL has been selected for the reason that BL has considerable experience in matters of this nature, and the applicant believes that it is well-qualified to represent the Debtor.

4. The professional services the firm is to render include the following:

   a. prosecute and defend any causes of action on behalf of the Debtor; prepare, on behalf of the Debtor, all necessary applications, motions, reports and other legal papers;

   b. assist in the formulation of a plan of reorganization;

   c. provide all other services of a legal nature.

5. Because of the extensive nature of the services to be rendered, the Applicant desires to retain BL under a general retainer.

6. Jacob D. Flentke, Esq., Flentke Legal Consulting, PLLC, is Of Counsel to BransonLaw, PLLC, is considered to be part of BransonLaw, PLLC, is a regular associate of BransonLaw, PLLC, and is compensated as a regular associate of BransonLaw, PLLC.

7. BL has represented the Debtor since September 19, 2024, in connection with (i) the feasibility of a workout or the filing of a petition under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"); and (ii) providing assistance in the preparation of and filing of this case.

2

8. To the best of the Debtor's knowledge, BL neither holds nor represents any interest adverse to the estate, has no connection with the creditors, any party in interest, its respective attorneys and accountants, the United States Trustee, or any other persons employed by the United States Trustee, except as otherwise disclosed herein. BL is not a creditor of this estate. BL represents VALCAL Inc. in its Chapter 11 Subchapter V filing, Case No. 6:23-bk-01675-TPG.

9. The terms of employment, agreed to between the Debtor and BL, subject to the approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of BL, which rates range from $655.00 to $150.00 per hour. BL will apply its advance fee to its periodic billings, subject to interim and final applications for compensation and approval by the Court, and at an appropriate time, BL may make application for an award of additional compensation; and the Debtor, subject to Court approval, shall be responsible for all fees and expenses incurred by BL.

10. Prior to the commencement of this case the Debtor paid an advance fee of $6,234.50 for post-petition services and expenses in connection with this case and the filing fee of $1,738.00.

11. The Debtor has previously paid BL $8,765.50 on a current basis, for services rendered and costs incurred prior to the commencement of this case, including the preparation of the petition, motions, and other papers.

12. The Applicant believes that the employment of BL would be in the best interests of the estate.

**WHEREFORE**, the applicant requests the Court to authorize employment of Jeffrey S. Ainsworth and BransonLaw, PLLC (including Jacob D. Flentke, Esq., Flentke Legal Consulting,

PLLC, Of Counsel to BransonLaw, PLLC), as bankruptcy counsel for the debtor-in-possession in this case and for such other relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 27th day of June, 2025.

> Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Jeffrey S. Ainsworth attests that concurrence in the filing of this paper has been obtained

**Giovanni Martinez**

 /s/ Jeffrey S. Ainsworth
JEFFREY S. AINSWORTH
Florida Bar No. 60769
JACOB D. FLENTKE
Flentke Legal Consulting, PLLC, Of Counsel
Florida Bar No. 25482
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
   Phone:  407-894-6834
   Fax:  407-894-8559
   E-mail:  jeff@bransonlaw.com
             jacob@bransonlaw.com
             jacob@flentkelegal.com
   Attorneys for Debtor

4

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:  Case No. 6:25-bk-01306-TPG
  Chapter 11
GIOVANNI MARTINEZ,  Subchapter V

    Debtor.
_____/

**VERIFIED STATEMENT OF PROPOSED**
**ATTORNEY AND DISCLOSURE OF COMPENSATION**

Jeffrey S. Ainsworth of BransonLaw, PLLC, submits the following statement in compliance with 11 U.S.C. Section 328 (a) and 329 (a) and F.R.B.P. 2014 and 2016, and says:

1. I am an attorney admitted to practice in the State of Florida and before this Court.

2. I am an attorney with BransonLaw, PLLC.

3. The Debtor desires to employ BransonLaw, PLLC (including Jacob D. Flentke, Esq., Flentke Legal Consulting, PLLC, Of Counsel to BransonLaw, PLLC) (collectively, "BL") to represent it in this case.

4. Neither BL nor any attorney employed by BL nor any regular associate of BL is a relative or creditor of the Debtor.

5. Neither BL nor any attorney employed by BL nor any regular associate of BL is a general partner or a limited partner of the partnership in which the Debtor is also a general or limited partner.

6. Neither BL nor any attorney employed by BL nor any regular associate of BL represents any creditors, any party to an executory contract of the Debtor, or any person otherwise adverse or potentially adverse to the Debtor or the estate on any matter, whether such representation is related or unrelated to the Debtor or the estate.

7. Subject to approval of the Bankruptcy Court, the Debtor has paid or agreed to pay compensation to BL for services rendered or to be rendered by BL in contemplation of or in connection with this case as follows:

(a) reasonable compensation for actual, necessary services rendered by BL, based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a case under 11 U.S.C. Section 101, et seq., compensation shall be awarded in accordance with Section 330 of the United States Bankruptcy Code. Hourly rates are not guaranteed and are subject to review;

(b) reimbursement for actual, necessary expenses;

(c) The sum of $8,765.50 was paid for legal services rendered prior to the filing of this case for the Debtor; $6,234.50 was taken into account by BL as a retainer for post-petition attorney's fees, and $1,738.00 for the filing fee.

8. The source of the compensation agreed to be paid hereinafter is the Debtor.

9. BL has not agreed to share the compensation with any other entity, other than with members or regular associates of the BL. For the sake of clarity, Jacob D. Flentke, Esq., Flentke Legal Consulting, PLLC, is Of Counsel to BransonLaw, PLLC, is considered to be part of BransonLaw, PLLC, is a regular associate of BransonLaw, PLLC, and is compensated as a regular associate of BransonLaw, PLLC.

10. Neither BL nor any attorney employed by BL nor any regular associate of BL holds a direct or indirect equity interest in the Debtor, including stock, stock warrants, a partnership interest in the Debtor nor has a right to acquire such an interest.

11. Neither BL nor any attorney employed by BL nor any regular associate of BL has served as an officer, director, limited partner, general partner or employee of the Debtor within two years before the petition filing.

12. Neither BL nor any attorney employed by BL nor any regular associate of BL is in control of the Debtor or is a relative of an officer, director, general partner, limited partner or other person in control of the Debtor.

13. Neither BL nor any attorney employed by BL nor any regular associate of BL is or has served as an officer, director, or employee of a financial advisor which has been engaged by the Debtor in connection with the offer, sale or issuance of a security of the Debtor within two years before filing of the petition.

14. Neither BL nor any attorney employed by BL nor any regular associate of BL has represented a financial advisor of the Debtor in connection with the offer, sale or issuance of a security of the Debtor within three years before the filing of the petition.

15. Neither BL nor any attorney employed by BL nor any regular associate of BL presently represents a creditor, general partner, limited partner, lessor, lessee, party to an executory contract of the Debtor, the United States trustee, or any person employed in the office of the United States trustee, or any person otherwise adverse or potentially adverse to the Debtor or estate, on any matter, whether such representation is related or unrelated to the Debtor or the estate nor on any matter substantially related to the bankruptcy case.

16. BL represents VALCAL Inc. in its Chapter 11 Subchapter V filing, Case No. 6:23-bk-01675-TPG.

17. Neither BL nor any attorney employed by BL nor any regular associate of BL has any other connection with the Debtor, creditors, or any other parties in interest, direct or indirect,

or their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, which may be affected by the proposed representation.

18. Neither BL nor any attorney employed by BL nor any regular associate of BL has any other interest, direct or indirect, which may be affected by the proposed representation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on June 27, 2025.

                                                     */s/ Jeffrey S. Ainsworth*
                                                     JEFFREY S. AINSWORTH

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| IN RE: | CASE NO: 6:25-bk-01306-TPG |
|---|---|
| GIOVANNI MARTINEZ | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | Judge: Tiffany P. Geyer |

On 6/30/2025, I did cause a copy of the following documents, described below,

Application of Giovanni Martinez to Employ Counsel for Debtor-In-Possession

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/30/2025

/s/ Jeffrey S. Ainsworth
Jeffrey S. Ainsworth  060769

BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803
407 894 6834
amanda@bransonlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>GIOVANNI MARTINEZ | CASE NO: 6:25-bk-01306-TPG<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Tiffany P. Geyer |

On 6/30/2025, a copy of the following documents, described below,

Application of Giovanni Martinez to Employ Counsel for Debtor-In-Possession

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/30/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL  32803

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
113A-6
CASE 6:25-BK-01306-TPG
MIDDLE DISTRICT OF FLORIDA
ORLANDO
MON JUN 30 14:15:42 EDT 2025

(P)ALLEGIANT PARTNERS INC
123 SW COLUMBIA STREET
BEND OR 97702-3609

AMSHER COLLECTION SERVICES
4524 SOUTHLAKE PARKWAY
SUITE 15
BIRMINGHAM, AL 35244-3271

AMERICAN EXPRESS NATIONAL BANK -
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

COMPLETE PAYMENT RECOVERY
PO BOX 30184
TAMPA, FL 33630-3184

CREDIT COLLECTION SERVICES
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062-2679

FEDEX GROUND
1000 FEDEX DRIVE MOON
CORAOPOLIS, PA 15108-9373

FREEDOM ROAD FINANCIAL
ATTN: BANKRUPTCY
10509 PROFESSIONAL CIRCLE, STE 100
RENO, NV 89521-4883

GIOVANNI MARTINEZ
820 DE LA BOSQUE
LONGWOOD, FL 32779-3002

ADP INC.
400 COVINA BLVD.
SAN DIMAS, CA 91773-2954

AMERICAN EXPRESS
BUSINESS PRIME
PO BOX 6031
CAROL STREAM, IL 60197-6031

CAPITAL BANK N.A.
2275 RESEARCH BLVD. STE 600
ROCKVILLE, MD 20850-6238

CORPORATE TURNAROUND
95 N STATE ROUTE 17
SUITE 310
PARAMUS, NJ 07652-2626

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS, NV 89113-2273

(P)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

FINANCIAL PACIFIC LEASING
3455 S. 344TH WAY
SUITE 300
AUBURN, WA 98001-9546

AIS PORTFOLIO SERVICES, LLC
ATTN: SYNCHRONY BANK DEPARTMENT
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118-7901

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438-0901

AMERICAN EXPRESS
BUSINESS PRIME
PO BOX 9224
OLD BETHPAGE, NY 11804-9224

COMDATA
RCPA
5511 VIRGINIA WAY
# 400
BRENTWOOD, TN 37027-7613

CREDIBLY OF ARIZONA LLC
370 MADISON AVENUE
SUITE 1406
NEW YORK, NY 10017

DISCOVER
PO BOX 71242
CHARLOTTE, NC 28272-1242

FAIRWINDS CREDIT UNION
PO BOX 96099
CHARLOTTE, NC 28296-0099

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176-0379

GORDON CRAWFORD C/O
THE PRINCIPAL REAL ESTATE GR
113 MAGNOLIA AVENUE
#207
SANFORD, FL 32771-1307

JASON SHERMAN
777 S. FLAGER DRIVE
800 W
PALM BEACH GARDENS, FL 33418

Case 6:25-bk-01306-TPG   Doc 43   Filed 07/01/25   Page 12 of 13

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | OAKMONT CAPITAL<br>1398 WILMINGTON PIKE<br>WEST CHESTER, PA 19382-8218 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RIVER CAPITAL FINANCE LLC<br>PO BOX 933539<br>CLEVELAND, OH 44193-0050 | SILICON LEDGER<br>1113 MURFREESBORO ROAD<br>SUITE #106 #421<br>FRANKLIN, TN 37064-1307 | (P)TFI GROUP LLC<br>ATTN NATALIE YOVIENE<br>PO BOX 1168<br>HAMBURG NY 14075-9168 |
| USCB AMERICA<br>355 S. GRAND AVENUE<br>SUITE 3200<br>LOS ANGELES, CA 90071-1591 | INTERNAL REVENUE SERVICE -<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV FUNDING, LLC -<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| NORTH MILL CREDIT TRUST -<br>601 MERRITT 7 - SUITE 5<br>NORWALK, CT 06851-1097 | OPENSKY CARD SERVICES<br>PO BOX 9224<br>OLD BETHPAGE, NY 11804-9224 | PROTECTIVE INSURANCE<br>111 CONGRESSIONAL BLVD.<br>SUITE 500<br>CARMEL, IN 46032-5663 |
| THE PEOPLECARE GROUP<br>1 W. CHURCH STREET<br># 200<br>ORLANDO, FL 32801-3342 | VIVIAN CAPITAL<br>486 MARKET STREET<br>NEWARK, NJ 07105-2916 | LINCOLN AUTOMOTIVE FIN<br>ATTN: BANKRUPTCY<br>PO BOX 542000<br>OMAHA, NE 68154-8000 |
| PAYPAL<br>PO BOX 71707<br>PHILADELPHIA, PA 19176-1707 | REGIONS BANK<br>4094 W. LAKE MARY BLVD.<br>LAKE MARY, FL 32746-3349 | SEMINOLE COUNTY TAX COLLECTOR<br>POST OFFICE BOX 630<br>SANFORD FL 32772-0630 |
| SYNCHRONY BANK -<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | US ANESTHESIA PARTNERS<br>PO BOX 8757<br>POMPANO BEACH, FL 33075-8757 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE - ORL +<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C YOUNG FEDERAL BUILDING<br>400 WEST WASHINGTON STREET, SUITE 1100<br>ORLANDO, FL 32801-2210 |
| CM/ECF E-SERVICE<br>MORGAN B EDELBOIM +<br>EDELBOIM LIEBERMAN PLLC<br>2875 NE 191ST STREET<br>STE PENTHOUSE ONE<br>MIAMI, FL 33180-2841 | CM/ECF E-SERVICE<br>L. TODD BUDGEN +<br>BUDGEN LAW<br>POST OFFICE BOX 520546<br>LONGWOOD, FL 32752-0546 | CM/ECF E-SERVICE<br>OLIVIA ANGELICA WEBB +<br>EDELBOIM LIEBERMAN PLLC<br>2875 NE 191 ST<br>PH 1<br>MIAMI, FL 33180-2841 |
| CM/ECF E-SERVICE<br>JEFFREY AINSWORTH +<br>BRANSONLAW PLLC<br>1501 E. CONCORD STREET<br>ORLANDO, FL 32803-5411 | CM/ECF E-SERVICE<br>TIFFANY P. GEYER +<br>ORLANDO<br>400 WEST WASHINGTON STREET<br>ROOM 6100<br>ORLANDO, FL 32801-2207 | CM/ECF E-SERVICE<br>AUDREY M ALESKOVSKY +<br>DOJ-UST<br>OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE C. YOUNG FEDERAL BUILDING AND COU<br>400 WEST WASHINGTON STREET, SUITE 1100<br>ORLANDO, FL 32801-2210 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CM/ECF E-SERVICE

COLE BRANSON +
BRANSON LAW
1501 E CONCORD ST
ORLANDO, FL 32803-5411
```