**ORDERED.**

Dated: August 19, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re ) | |
| ) | CHAPTER  11 |
| Giovanni Martinez ) | CASE NO.    6:25-bk-01306-TPG |
| ) | |
| Debtor ) | |
| ) | |

**ORDER GRANTING FREEDOM ROAD FINANCIAL A DIVISION**
**OF OLD SECOND NATIONAL BANK RELIEF FROM STAY (DOC. NO. 48)**

THIS CASE came on for hearing on August 7, 2025 upon the Motion For Relief From Stay filed by FREEDOM ROAD FINANCIAL A DIVISION OF OLD SECOND NATIONAL BANK ("Creditor") (DOC. NO. 48). For the reasons stated orally and recorded in open court, it is ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property: **2022 CAN-AM OUTLANDER MAX LTD  VIN: 3JBLVAX44NJ000072** ("Collateral").

3.	The Order Granting Relief from Stay is entered for the sole purpose of allowing movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

4.	The Creditor has a right to file a deficiency claim after the Collateral is liquidated.

5.	Attorney's fees and costs of up to $649.00 are hereby awarded *in rem* only for the prosecution of this Motion For Relief From Stay.

6.	The fourteen (14) day period in Bankruptcy Rule 4001 (a)(4) shall not be waived or reduced as requested in the Creditor's Motion. The automatic stay shall remain in effect until the end of the fourteenth day following the date of the entry of this Order. The date of the entry of the Order shall not be counted as the first day of the fourteen (14) day period.

###

Attorney Nicole Mariani Noel is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of the entry of this order.